# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

**MARC BARRECA**
Bankruptcy Judge  (206) 370-5312
**Zachary A. Cooper**
Law Clerk

United States Courthouse, Room 7106
700 Stewart Street
Seattle, Washington 98101

July 12, 2018

Gregory Charles Miller and Kelley Marie Ankiel-Miller
4609 128th Place SE
Everett, WA 98208

     Re: <u>Gregory Charles Miller and Kelly Marie Ankiel-Miller</u>, Case No. 14-15453-MLB

Dear Mr. and Mrs. Miller:

     The Court received your letter regarding the avoidance of lien held by Select Portfolio Servicing (the "Letter"). It has been placed on the docket. *See* Dkt. No. 43.

     The Court is not in the position to give legal advice. But based on the Default Judgment Avoiding Second Deed of Trust of Select Portfolio Servicing (Adversary No. 14-01368-KAO, Dkt. No. 10) entered by Judge Overstreet, it appears as though you may bring an *ex-parte* motion seeking the relief requested.

     To bring a motion before the Court, you must proceed in accordance with the Bankruptcy Code and applicable federal and local rules of bankruptcy procedure. An appropriate form of order should be submitted.

     Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having *ex-parte* contact with a party concerning matters that may come before it. Thus, the Court cannot render legal advice or provide substantive instructions on how to proceed with your concerns. Any questions you have should be directed to an attorney.

                                   Sincerely,

                                   *Zachary A. Cooper*
                                   Law Clerk to the Honorable Marc Barreca